1 David H.S. Commins (CSBN 124205)
  Kit L. Knudsen (CSBN 154714)
2 COMMINS & KNUDSEN, P.C.
  400 Montgomery Street, Suite 200
3 San Francisco, CA 94104
  Tel (415) 391-6490
4 Fax (415) 391-6493
  david@commins.com
5 kit@commins.com

6 Attorneys for Defendant
  and Counter-claimant
7 Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DELTA AIR LINES, INC.,<br><br>　　　　Defendant.<br>_____/ | CASE NO: 13-cv-04179-JSW<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　Hon. Jeffrey S. White<br>　　　　　　Courtroom 11. 19th Floor |

COMMINS & KNUDSEN
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**JOINT STIPULATION**

WHEREAS, on September 23, 2013, the Court issued an Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. 8), setting the Case Management Conference for December 13, 2013 at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS Due to a number of outstanding issues, Delta and Plaintiff believe that an adjournment of several weeks would be beneficial to achieving a more productive result at the eventual Case Management Conference. The reason for the request is that Delta has opened settlement discussions with Plaintiff's counsel. Unfortunately, because Plaintiff's principal has been out of the Country, Plaintiff's counsel has not been able to provide Delta with a comprehensive explanation of its infringement claims or relief sought. Accordingly, Delta is unable to determine if an early settlement is feasible or what type of schedule would be optimal under the facts of this case.

IT IS HEREBY STIPULATED and agreed that, to ensure that the Case Management Conference is as efficacious as possible, the parties request that the Court continue the December 13, 2013 Case Management Conference until at least **the latter part of January 2014.** This continuance would provide the parties with sufficient time to fully engage in settlement discussions, and position the case for either amicable resolution or a more efficient litigation.

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

1 **IT IS SO STIPULATED**

3         DATED: December 3, 2013.         COMMINS & KNUDSEN, P.C.

        By:  /s/  David H. S. Commins
            David H.S. Commins
            Attorneys for Defendant
            and Counter-claimant
            Delta Air Lines, Inc.

8         DATED: December 3, 2013.         JOHN W. CARPENTER

        By:  /s/  John W. Carpenter
            John W. Carpenter
            Attorney for Plaintiff
            Albert John Freeman

COMMINS & KNUDSEN
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**ATTORNEY ATTESTATION**

As required by General Order 45, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the signatories indicated by a conformed signature (/s/) within this e-filed document.

    /s/ David H.S. Commins
David H.S. Commins

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, the parties' joint request is GRANTED and the December 13, 2013, Case Management Conference is continued and shall be held on __January 24_____, 2014.

IT IS SO ORDERED.

Dated: December __4___, 2013.

_____
The Honorable Jeffrey S. White
United States District Judge