JOHN W. CARPENTER (221708)
Law Offices of John W. Carpenter LLC
829 Baronne Street
New Orleans, LA 70113
Telephone: (504) 581-9311
Cell Phone: (415) 577-0698
Fax: (866) 410-6248
Email: john@jwcarpenterlaw.com

*Attorneys for Plaintiff Albert John Freeman*

David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

*Attorneys for Defendant Delta Air Lines, Inc.*

*Full counsel blocks on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **Albert John Freeman** | Case No. C 13-04179 (JSW) |
| Plaintiff and Counterclaim Defendant | |
| v. | **STIPULATION TO REQUEST TELEPHONIC CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| **Delta Air Lines, Inc.** | |
| Defendant and Counterclaimant | Judge: Honorable Jeffrey S. White |

The undersigned represents the plaintiff Albert John Freeman. The parties herein jointly request that the Case Management Conference, scheduled for next Friday, April 18, 2014, be conducted telephonically.

Contemporaneous with this letter, the parties are filing the Joint Case Management Statement. The parties have agreed on all issues in the Case Management Statement and there are no disputes that need to be addressed by the Court. As both trial counsel would have to travel on the holiday weekend to the Case Management Conference, we would respectfully request that the Court conduct the conference telephonically.

The parties thank the Court in advance for its courtesies.

1

2  DATED: April 10, 2014                           Respectfully submitted,

3

4                                                           /s/ John W. Carpenter
                                                  JOHN W. CARPENTER (Cal. Bar No. 221708)
5                                                 829 Baronne Street
                                                  New Orleans, LA 70113
6                                                 Telephone: (504) 581-9311
                                                  Cell Phone: (415) 577-0698
7                                                 Fax: (866) 410-6248
                                                  Email: john@jwcarpenterlaw.com
8
                                                  *Attorney for Plaintiff*
9                                                 *Albert John Freeman*

10

11

12                                                         /s/ David H.S. Commins

13
                                                  David H.S. Commins (CSBN 124205)
14                                                Kit L. Knudsen (CSBN 154714)
                                                  COMMINS & KNUDSEN, P.C.
15                                                400 Montgomery Street, Suite 200
                                                  San Francisco, CA 94104
16                                                Telephone (415) 391-6490
                                                  Fax (415) 391-6493
17                                                david@commins.com
                                                  kit@commins.com
18

19                                                Stephen F. Roth (admitted *pro hac vice*)
                                                  Alexander Solo (admitted *pro hac vice*)
20                                                LERNER, DAVID, LITTENBERG,
                                                    KRUMHOLZ & MENTLIK, LLP
21                                                600 South Avenue West
                                                  Westfield, NJ 07090-1497
22
                                                  Tel:  908.518.6362
23                                                Cell: 973-356-5159
                                                  Fax:  908.654.7866
24                                                SRoth@ldlkm.com
                                                  ASolo@ldlkm.com
25

26                                                *Attorneys for Defendant Delta Air Lines, Inc.*

27

28

3

STIP. REQUESTING TELEPHONIC CMC
Case No. C  13-04179 JSW

# [~~PROPOSED~~ ORDER]

Pursuant to stipulation and upon good cause shown, the Case Management Conference ("CMC") scheduled on April 18, 2014 at 11:00 AM shall be conducted telephonically. The Court personnel will initiate the conference call by dialing counsel's respective telephone numbers. For the telephone conference, Plaintiff will be represented by John W. Carpenter, whose telephone number for the purpose of the CMC is (941) 828-1432 ~~or his mobile phone number (415) 577-0698~~. Defendant's counsel is represented by Stephen F. Roth, who shall be available at telephone number (908) 518-6362. ~~[Alternatively, Counsels are directed to dial the Court's conference call telephone (415) _____ ].~~
All numbers for counsel must be direct landline numbers.

IT IS SO ORDERED

Dated: April 14, 2014

*/s/ Jeffrey S. White*
United States District Judge