UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DELTA AIR LINES INC, et al.,<br><br>    Defendants. | Case No. 13-cv-04179-JSW  (JCS)<br><br>**ORDER SHORTENING TIME TO HEAR MOTION FOR SANCTIONS AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 60 |

IT IS HEREBY ORDERED that the Motion for Sanctions for Delta's Failure to Comply with Order of August 4, 2014, (the "Motion") shall be heard on shortened time.

IT IS HEREBY ORDERED that the opposition to the Motion shall be e-filed and served on **August 26, 2014, by 5:00 P.M.** The reply brief to the Motion shall be e-filed and served on **August 27, 2014, by Noon**. The hearing on the Motion is set for **August 29, 2014, at 9:30 A.M.**, and lead trial counsel shall appear, in person, for the hearing.

**IT IS SO ORDERED.**

Dated: August 22, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge