UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN,<br>　　　　Plaintiff,<br>　　v.<br>DELTA AIR LINES INC, et al.,<br>　　　　Defendants. | Case No. 13-cv-04179-JSW (JCS)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 60 |

The parties filed a Joint Letter Brief regarding discovery issues on July 21, 2014. Dkt. No. 49. On August 4, 2014, the Court ordered Defendant Delta Air Lines Inc. ("Delta") to produce documents sufficient to show operation of the accused devices by noon on August 8, 2014 pursuant to Patent Local Rule 3-4. Dkt. No. 54.

On August 21, 2014, Plaintiff filed a motion styled as a Motion for Sanctions," Dkt. No. 60, for Delta's alleged failure to comply with the August 4 Order. The motion includes, *inter alia*, a request to compel production in compliance with the August 4 Order. Good cause appearing and for the reasons stated on the record, Plaintiff's motion is GRANTED in part and DENIED in part:

1. Delta is ordered to show, immediately in an in-person meeting with Plaintiff's counsel, which of the native documents produced, and which part of the native documents produced, correspond to which aspects of the accused devices as described in Plaintiff's claim charts.

2. The balance of Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: September 3, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　United States Magistrate Judge