IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN, | |
| Plaintiff, | No. C 13-04179 JSW |
| v. | |
| DELTA AIR LINES, INC., | **ORDER RE CLAIMS CONSTRUCTION BRIEFING** |
| Defendant. | |

The Court has received Defendant Delta Air Lines, Inc.'s motion to strike the claim construction briefing as outside of the scope of the parties' joint claim construction statement and administrative motion to shorten the time on briefing. In order to afford time to resolve the dispute over claims construction briefing, the Court hereby CONTINUES the tutorial to May 28, 2015 at 1:30 p.m. and *Markman* hearing to June 4, 2015 at 1:30 p.m. Claim construction briefing is similarly continued.

**IT IS SO ORDERED.**

Dated: February 23, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE