IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN, | |
| Plaintiff, | No. C 13-04179 JSW |
| v. | |
| DELTA AIR LINES, INC., | **ORDER RE OBJECTION AND REQUEST FOR CLARIFICATION REGARDING TUTORIAL** |
| Defendant. | |

Defendant Delta Airlines, Inc. filed an objection and request for clarification of the parties' use of counsel at the tutorial. The Court's standing order on patent cases indicates the Court's position that the tutorial should be presented by "someone other than counsel." *See* Standing Order at ¶ 7. Accordingly, someone other than counsel shall make the presentations for both parties. Although no argument will be permitted at the tutorial on May 28, 2015, counsel "will be permitted to make opening remarks and then a brief summation following the presentation." *See id.*

Again, the parties are hereby admonished that they should focus their attention on the resolution of the core determinative issues in this matter, rather than on collateral litigation. The Court expects that counsel shall resolve collateral issues without further judicial intervention.

**IT IS SO ORDERED.**

Dated: May 8, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE