IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALBERT JOHN FREEMAN<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>Defendant and Counterclaimant | ) Case No. 13-CV-04179 (JSW)<br>)<br>) [~~PROPOSED~~] ORDER GRANTING<br>) PLAINTIFF'S EX PARTE MOTION FOR<br>) LEAVE TO BRING COMPUTERS INTO<br>) THE COURTROOM FOR THE PATENT<br>) TUTORIAL AND CLAIMS<br>) CONSTRUCTION HEARINGS, MAY 28,<br>) 2015 AND JUNE 4, 2015<br>)  AS MODIFIED<br>) Place: Courtroom 5-2nd Floor<br>  Judge: Honorable Jeffrey S. White |

Plaintiff Albert John Freeman filed an *ex parte* motion on May 22, 2015 pursuant to General Order 58 for leave to bring computers, a projector and related items into the Courtroom for the patent tutorial on May 28, 2015 and the claims construction hearing on June 4, 2015.

Having read all of the papers and considered the arguments,

IT IS HEREBY ORDERED that:

Plaintiff Albert John Freeman, may bring electronic equipment, including projection equipment, laptop computers, connection to the projection equipment, cables and other supporting computer peripherals on into the Federal Courthouse at 1301 Clay St, Oakland, CA ~~94102~~ 280 for use during the hearing on the patent tutorial set for May 28, 2015, and the claims construction hearing set to begin June 4, 2015, in the Courtroom  of  the Honorable Jeffrey S. White, Courtroom 5-2nd Floor.

Dated: May 26, 2015

By: _____
Jeffrey S. White
United States District Judge

cc: All counsel of record

All parties are instructed to review the information regarding the use of courtroom technology provided on the Court's website at http://cand.uscourts.gov/courtroomtech, and to prepare accordingly. Questions and/or requests to pre-test equipment should be sent to the courtroom deputy. Counsel are advised to set up a time to set up and pre-test equipment at least one hour prior to time of appearance.

[Proposed] Order re Computers - 2