1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALBERT JOHN FREEMAN,

10          Plaintiff,                                    No. C 13-04179 JSW

11   v.                                                   **ORDER CONTINUING**
                                                          **MARKMAN HEARING**
12   DELTA AIR LINES, INC.,

13          Defendant.

14   _____/

15          The Court HEREBY CONTINUES the *Markman* hearing scheduled for Thursday June

16   4, 2015 at 1:30 p.m. to Friday, June 12, 2015, at 9:00 a.m.

17          **IT IS SO ORDERED.**

18   Dated:     June 3, 2015                          _____
                                                      JEFFREY S. WHITE
19                                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California