1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   ALBERT JOHN FREEMAN,

10          Plaintiff,                              No. C 13-04179 JSW

11   v.

12   DELTA AIR LINES, INC.,                         **ORDER REGARDING CASE**
                                                    **MANAGEMENT DATES**
13          Defendant.
    _____/

14

15          The Court has received the parties' second joint case management statement.  However,

16   the parties have failed to agree upon a single case management date.  The parties shall meet and

17   confer and resubmit a statement by no later than April 25, 2016 reflecting specific, agreed-upon

18   dates for this Court to consider to bring this matter to resolution.

19          **IT IS SO ORDERED.**

20   Dated:     April 12, 2016

21                                                  _____
                                                    JEFFREY S. WHITE
22                                                  UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

**United States District Court**
For the Northern District of California