1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALBERT JOHN FREEMAN,

10              Plaintiff,                           No. C 13-04179 JSW

11   v.

12   DELTA AIR LINES, INC.,                    **ORDER SETTING CASE**
                                               **MANAGEMENT DATES**
13              Defendant.

14   _____/

15        The Court notes that the parties have been remarkably unhelpful in aiding the Court to

16   set a single mutually-agreed upon case management date.  However, considering the passage of

17   time and the Court's calendar, the Court shall select the dates as proposed by Plaintiff in the

18   parties' amended second joint case management statement filed on April 25, 2016 at pages 5-6.

19   The Court sets the pretrial conference for December 4, 2017 at 2:00 p.m., jury selection for

20   January 3, 2018 at 8:00 a.m., and the trial to commence on January 8, 2018 at 8:00 a.m.  The

21   parties shall follow this Court's standing orders on the filing of all pretrial submissions.

22        **IT IS SO ORDERED.**

23   Dated:   May 23, 2016
                                               _____
24                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
25

26

27

28

*United States District Court*
For the Northern District of California